UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR -4 P 3: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DELPHI CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LITEX INC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>) |

05 10415 WGY

## CORPORATE DISCLOSURE STATEMENT OF DELPHI CORPORATION

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, plaintiff Delphi Corporation ("Delphi") hereby states that the following publicly-held companies own more than 10% of Delphi's stock: (1) Dodge & Cox, One Sansome Street, 35th Floor, San Francisco, CA 94104; and (2) State Street Bank and Trust Company, in various fiduciary capacities, 225 Franklin Street, Boston, MA 02110.

Respectfully submitted,

DELPHI CORPORATION

By its attorneys,

*/s/ Matthew C. Hurley*
H. Joseph Hameline, BBO # 218710
Matthew C. Hurley, BBO # 643638
Philip J. Catanzano, BBO # 654873
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Dated: March 4, 2005

LIT 1508100v1