AO 440 (Rev. 10/83) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 11 P 12:37

U.S. DISTRICT COURT
DISTRICT OF MASS

**SUMMONS IN A CIVIL CASE**

DELPHI CORPORATION,

Plaintiff,

v.

LITEX INC.,

Defendant.

CASE NUMBER: #

**05cv 10415 WGY**

To:  LITEX INC.
c/o CT Corporation System
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

H. Joseph Hameline, BBO # 218710
Matthew C. Hurley, BBO # 643638
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must file your answer with the Clerk of this Court within a reasonable period of time after service.

MAR - 4 2005

TONY ANASTAS

CLERK

_____
(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/83) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me

DATE

NAME OF SERVER (PRINT) John Roberto

TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): by serving "In-Hand" upon Alison Liberto, Process Specialist, CT Corp, 101 Federal Street, Boston, MA, Agent For Process For Litex, Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $27.00 | $27.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 7, 2005
           Date

Signature of Server
John Roberto

Address of Server 92 State Street, Boston, MA 02109

Filed stamp: 2005 MAR 11 P 12:37 U.S. DISTRICT COURT DISTRICT OF MASS

1 As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.