UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DELPHI CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LITEX, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-10415 WGY |

## JOINT STIPULATION TO EXTEND
### DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff, Delphi Corporation and defendant, Litex, Inc. hereby stipulate to a brief extension of time for defendant to respond to plaintiff's Complaint. On March 7, 2005, plaintiff served its Complaint upon defendant. Defendant's response was originally due Monday, March 28, 2005. The parties now stipulate that defendant will respond on or before April 18, 2005.

Respectfully Submitted,

| Defendant, | Plaintiff, |
|---|---|
| LITEX, INC. | DELPHI CORPORATION |
| By its attorneys, | By its attorneys, |
| _____ | _____ |
| John T. Gutkoski (BBO #567182) | H. Joseph Hameline (BBO # 218710) |
| DAY, BERRY & HOWARD LLP | Matthew C. Hurley (BBO #643638) |
| 260 Franklin Street | Geri L. Haight (BBO #638185) |
| Boston, MA 02110-3179 | MINTZ, LEVIN, COHN, FERRIS, |
| (617) 345-4600 | GLOVSKY AND POPEO, P.C. |
| jtgutkoski@dbh.com | One Financial Center |
|  | Boston, MA 02111 |
|  | (617) 542-6000 |

Dated: March 23, 2005

51298601_2.DOC 099984-00101