UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELPHI CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>LITEX, INC.,<br><br>    Defendant | Civil Action No.: 05-10415(WGY) |

## LITEX, INC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3(A), Litex, Inc. states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

                                            LITEX, INC.

                                            By its attorneys,

                                            _____
                                            John T. Gutkoski (BBO# 567182)
                                            Alexandra C. Fennell (BBO# 658692)
                                            DAY, BERRY & HOWARD LLP
                                            260 Franklin Street
                                            Boston, MA 02110-3179
                                            (617) 345-4600

                                            Francis H. Morrison, III (BBO # 645515)
                                            DAY, BERRY & HOWARD LLP
                                            CityPlace I
                                            Hartford, CT 06103
April 18, 2005                               (860) 275-0100