## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DELPHI CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-10415 (WGY) |
| | ) | |
| LITEX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DELPHI'S LIMITED OPPOSITION TO LITEX'S MOTION FOR
## TEMPORARY IMPOUNDMENT OF ITS ANSWER AND COUNTERCLAIMS

Plaintiff Delphi Corporation ("Delphi") respectfully submits the following Limited

Opposition to the Motion for Temporary Impoundment filed by defendant Litex, Inc. ("Litex").

1.      Litex's Motion asks the Court to temporarily impound Litex's Answer and

Counterclaims until the Court addresses the need for any further protective order at the initial

scheduling conference in this matter.  Delphi does not oppose this request, but strongly disagrees

with certain inaccurate statements contained in Litex's Motion.

2.      As a result, Delphi submits this Limited Opposition to make clear that while it

does not oppose Litex's request for temporary impoundment, Delphi does not in any way agree

with the statements made by Litex in its Motion.

**WHEREFORE,** Delphi respectfully requests that the Court temporarily impound Litex's Answer and Counterclaims until the Court addresses the need for any further protective order at the initial scheduling conference in this matter.

Respectfully submitted,

**DELPHI CORPORATION**

By its attorneys,

H. Joseph Hameline, BBO # 218700
Matthew C. Hurley, BBO # 643638
Geri L. Haight, BBO # 638185
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Dated:  April 25, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April 2005, a copy of the foregoing *Delphi's Limited Opposition to Litex's Motion for Temporary Impoundment of its Answer and Counterclaims* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed by U.S. mail to all parties who are not served by the Court's electronic filing system.

Matthew C. Hurley

LIT 1508012v1