UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELPHI CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LITEX, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-10415 (WGY) |

**JOINT STIPULATION TO EXTEND DELPHI'S TIME
TO RESPOND TO LITEX'S COUNTERCLAIM**

Plaintiff Delphi Corporation and defendant Litex, Inc. hereby stipulate to a brief extension of time for Delphi to respond to Litex's Counterclaim. Delphi's response to Litex's Counterclaim was originally due May 9, 2005. The parties now stipulate that Delphi will respond on or before May 31, 2005.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| LITEX, INC. | DELPHI CORPORATION |
| By its attorneys, | By its attorneys, |
| /s/ John T. Gutkoski | /s/ Matthew C. Hurley |
| John T. Gutkoski (BBO #567182)<br>DAY, BERRY & HOWARD LLP<br>260 Franklin Street<br>Boston, MA 02110-3179<br>(617) 345-4600<br>jtgutkoski@dbh.com | H. Joseph Hameline (BBO # 218710)<br>Matthew C. Hurley (BBO #643638)<br>Geri L. Haight (BBO #638185)<br>MINTZ, LEVIN, COHN, FERRIS,<br> GLOVSKY AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-6000 |

Dated: May 2, 2005

LIT 1518093v1