UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELPHI CORPORATION,<br><br>　　　Plaintiff,<br><br>v.<br><br>LITEX, INC.,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-10415 (WGY)<br>)<br>)<br>)<br>)<br>) |

## DELPHI'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rules 12 and 56 of the Federal Rules of Civil Procedure and Local Rules 7.1 and 56.1, plaintiff-counterclaim defendant Delphi Corporation respectfully moves for summary judgment on Count I of its Complaint and on all Counterclaims and Affirmative Defenses asserted by defendant-counterclaim plaintiff Litex, Inc. Delphi has filed this Motion in lieu of filing an Answer to Litex's Counterclaims pursuant to Rule 12(b)(6). In support of this Motion, Delphi relies upon its *Memorandum of Law in Support of Delphi Corporation's Motion for Summary Judgment*, the *Statement of Undisputed Material Facts in Support of Delphi Corporation's Motion for Summary Judgment*, and the *Affidavit of William Cosnowski, Jr.* (with attached exhibits).

　　　WHEREFORE, Delphi respectfully requests that the Court:

　　　(a)　allow Delphi's Motion for Summary Judgment in its entirety;

　　　(b)　enter judgment in Delphi's favor on Count I of its Complaint;

　　　(c)　dismiss Litex's Counterclaims and Affirmative Defenses with prejudice;

　　　(d)　enter judgment in Delphi's favor with respect to all four counts of Litex's Counterclaim;

(e)     award Delphi the attorneys' fees and costs that it has incurred in this matter; and

(f)     grant such further relief as the Court may deem just and appropriate.

                                  Respectfully submitted,

                                  **DELPHI CORPORATION**

                                  By its attorneys,

                                  */s/ Matthew C. Hurley*
                                  H. Joseph Hameline, BBO # 218710
                                  Matthew C. Hurley, BBO # 643638
                                  MINTZ, LEVIN, COHN, FERRIS,
                                  GLOVSKY AND POPEO, P.C.
                                  One Financial Center
                                  Boston, Massachusetts 02111
                                  (617) 542-6000

Dated: May 31, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that on May 26, 2005, I conferred with counsel for Litex, Inc. in a good faith attempt to resolve or narrow the issues raised by *Delphi's Motion for Summary Judgment*.

                                  */s/ Matthew C. Hurley*
                                  Matthew C. Hurley

## CERTIFICATE OF SERVICE

I hereby certify that on this 31th day of May, 2005, I caused the foregoing *Delphi's Motion for Summary Judgment* to be served by hand upon the following counsel for Litex, Inc.:

> John T. Gutkoski, Esq.
> Day, Berry & Howard LLP
> 260 Franklin Street
> Boston, Massachusetts 02110

_____
Matthew C. Hurley

LIT 1523400v1