UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELPHI CORPORATION,<br><br>　　　Plaintiff,<br><br>v.<br><br>LITEX, INC.,<br><br>　　　Defendant. | Civil Action No. 05-10415 (WGY) |

### [PROPOSED] ORDER

THIS MATTER having come before the Court on Delphi's Motion for Summary Judgment, and having reviewed the papers submitted by the parties, and for good cause shown, it is on this ____ day of _____, 2005, hereby Ordered that:

(a) Delphi's Motion for Summary Judgment is granted in its entirety;

(b) judgment shall be entered in Delphi's favor on Count I of its Complaint;

(c) Litex's Counterclaims and Affirmative Defenses are hereby dismissed with prejudice;

(d) judgment shall be entered in Delphi's favor with respect to all four counts of Litex's Counterclaim; and

(e) Delphi is hereby awarded the reasonable attorneys' fees and costs that it has incurred in this matter.

_____
United States District Judge