**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DELPHI CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LITEX, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 05-10415 (WGY) |

**LITEX'S CROSS-MOTION FOR PARTIAL SUMMARY
JUDGMENT ON THE FIRST OF ITS COUNTERCLAIMS**

Defendant Litex, Inc., respectfully requests the Court enter summary judgment for Litex on the first of its counterclaims in this action pursuant to Federal Rule of Civil Procedure 56 and the Local Rules. There is no genuine dispute of material fact as to the following:

Throughout 2001, Delphi issued press releases and other detailed public statements repeatedly telling the world of its alleged ongoing success in developing an NTP system and its future plans for NTP. Delphi produced several of these statements during discovery together with additional documents and testimony that reaffirmed this fraudulent view of Delphi's NTP program in 2001. Litex reasonably relied on Delphi's 2001 Statements and the consistent and related discovery documents and testimony in assessing the material issues about Delphi's conduct and its NTP program in deciding to execute the Release. To the extent the Release is enforced against Litex now, those fraudulent statements which induced Litex into the Release will injure Litex.

As further grounds for this motion, Litex submits and relies upon the accompanying memorandum of law, declaration of Leon Ekchian, and accompanying documents.

For all these reasons, defendant Litex, Inc. respectfully requests that this Court deny Delphi's motion, grant Litex's motion, and declare that due to Delphi's fraud the terms of the parties' Release do not bar Litex from bringing claims against Delphi for tortious interference and unfair competition and business practices.

Respectfully submitted,

LITEX, INC.,

By its attorneys,

    /s/ John T. Gutkoski
John T. Gutkoski (BBO #567182)
Alexandra C. Fennell (BBO #658692)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA   02110
Telephone:  (617) 345-4600
Fax:  (617) 345-4745

Francis H. Morrison III (BBO # 645515)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT   06103-3499
Telephone:  (860) 275-0100
Fax:  (203) 275-0343

June 14, 2005

## CERTIFICATE OF SERVICE

I, John T. Gutkoski, do hereby certify that I filed a true copy of the within document with the Court by electronic filing.  I further certify that I served a true copy of the within document by causing a copy to be sent by the Court's electronic filing system to H. Joseph Hameline, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111 on June 14, 2005.

    /s/ John T. Gutkoski
John T. Gutkoski