UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELPHI CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LITEX, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-10415 (WGY) |

**LITEX'S RESPONSE TO DELPHI CORPORATION'S
STATEMENT OF UNDISPUTED MATERIAL FACTS, AND LITEX'S
STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT
OF LITEX'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1, Defendant Litex, Inc. responds as set forth below to Delphi's Statement of Undisputed Material Facts in support of Delphi's Motion for Summary Judgment, and further provides Litex's Statement of Undisputed Material Facts in Support of Litex's Cross-motion for Partial Summary Judgment.

**Response to Delphi's Statement**

1.  Admitted.

2.  Admitted.

3.  Denied in part. The stated parameters were not the only targets. Furthermore, 90% reduction efficiency of NOx in diesel exhaust value was required for Delphi to meet its "Euro V" or "ADP" goals, but a much lower efficiency value was required to meet the Euro IV or "PSA" goals. (Cosnowski Decl., Ex. 9; Kupe Dep. pp. 326:9-327:4, 368:8-22; Ekchian Decl. Exs. 8 and 19.)

4.	Admitted.

5.	Admitted.

6.	Denied in part.  Delphi's 2001 vehicle tests results were not "far shy" of Delphi's Euro IV/PSA 20% efficiency standard goal, and were not necessarily negative in terms of achieving the Euro V/ADP 90% reduction efficiency goal, because Delphi did not anticipate demand for this more stringent standard until at least 2009.  (Ekchian Decl. Exs. 8 and 19.)

7.	Admitted.

8.	Denied.  Mr. Botti's testimony says nothing about the actual amount of money Delphi provided the NTP budget, but merely compares NTP funding to Delphi's overall yearly research and development budgets.  Without knowing the relative sizes of the overall budgets in 1998 and 2002 respectively, it is impossible to determine whether, and in what ways, the actual funding for NTP changed.  (Cosnowski Decl., Ex. 10, Botti Dep. 43:3-9.)  Furthermore, Delphi's Joachim Kupe testified that the actual funds for NTP remained constant between and including 1999 and 2002.  (Ekchian Decl. Exs. 13, p. 107, ln. 6 – p. 111, ln. 24.)

9.	Admitted.

10.	Admitted.  The cited expert report of Dr. Hoffman itself cites no testimony or other facts supporting this assertion, however, Delphi's Chief technologist Jean Botti and NTP project manager Joseph Bonadies revealed their true views in 2001 about NTP.  (Compare Cosnowski Decl., Ex. 8, Hoffman Rpt. ¶¶52, 152 (3rd bullet), 154, 156, 158, 159, with Ekchian Decl., Ex. 14, p. 835, ln. 21 – p. 836, ln. 17, p. 890, ln. 3 – p. 891, ln. 6, p. 956, lns. 5-11 and p. 966, lns. 4-7.)

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Denied. Litex brought suit in May, 2001. The letter of counsel Delphi attached is dated in June and concerns a telephone conference in June where this issue was apparently discussed. The cited paragraph of Litex's Answer and Counterclaims is silent on this subject. (Cosnowski Decl. Ex. 18; Ex. 4, Answer, ¶39.)

19. Admitted.

20. Admitted in part. Although Delphi claims to have complied, Litex has no way of knowing the completeness of Delphi's production. (Cosnowski Aff. ¶3.)

21. Admitted.

22. Admitted.

23. Denied in part. Dr. Leon Ekchian testified that Delphi's inaccurate press releases damaged Litex by inaccurately claiming the relevant NTP technology belonged to Delphi rather

than Litex. (Cosnowski, Decl. Ex. 13, L. Ekchian Dep. pp. 377:20-380:19, 386:18-389:11, 393:7-394:7; Ekchian Decl., Ex. 17, p. 300, ln. 5 – p. 303, ln. 19.)

24. Admitted.

25. Admitted.

26. Denied in part. Dr. Leon Ekchian testified that Delphi's inaccurate press releases damaged Litex by inaccurately claiming the relevant NTP technology belonged to Delphi rather than Litex. (Cosnowski, Decl., Ex. 13, L. Eckhian Dep. pp. 300:13-305:3; 323:17-324:14, 339:24-340:5, 348:24-349:22, 368:16-370:9, 393:7-394:7. )

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

31. Admitted.

32. Admitted.

33. Admitted.

34. Admitted.

35. Admitted.

36. Admitted.

37. Admitted.

38. Admitted.

39. Admitted.

40. Admitted.

41. Admitted.

42. Admitted.

43. Admitted.

44. Admitted.

45. Admitted.

46. Admitted.

47. Admitted.

48. Admitted.

49. Admitted.

50. Admitted.

51. Admitted.

52. Admitted.

53. Admitted.

54.  Admitted.

55.  Admitted.

56.  Admitted.

57.  Admitted.

58.  Admitted.

59.  Admitted.

60.  Admitted in part. Litex alleges in its Counterclaims that until the arbitration Litex had no knowledge that the public statements Delphi made in 2001 were fraudulent. (Cosnowski, Ex. 4, Counterclaims ¶¶ 49, 51, 52.)

**Litex's Statement of Undisputed Material Fact**

1.  Nowhere in over 100 pages of motion papers does Delphi ever assert that the statements it made in press releases, its annual report and technical papers alleging success in developing non-thermal plasma ("NTP") in 2001 ("2001 Statements") were true. (Delphi's Memorandum of Law; Cosnowski Decl.)

2.  On July 20, 2001, Delphi issued a press release claiming its NTP efforts were meeting success:

> We are excited, however, to discuss our technology. Delphi is developing non-thermal plasma catalysis components and systems relying upon its significant technical capabilities and sound, demonstrable and credible scientific principles.

(Ekchian Decl., Ex. 1.)

3.      These statements in the July 20, 2001 press release were false.  (<u>Compare</u> <u>id.</u> <u>with</u> Ekchian Decl. Ex. 14.)

4.      On July 30, 2001, Delphi issued a press release announcing that its NTP System had "significant reduction in emissions."  (Ekchian Decl., Ex. 2.)

5.      These statements in the July 30, 2001 press release were false.  (<u>Compare</u> <u>id.</u> <u>with</u> Ekchian Decl. Ex. 14.)

6.      In September, 2001, Delphi's CEO and President, J.T. Battenberg III, made a presentation to an international gathering of the automotive industry.  Battenberg focused on Delphi's highlight technologies, including its alleged development of NTP.  He said:

> Let me also mention that Delphi is the only supplier with full diesel injection and exhaust aftertreatment capability including our award winning non-thermal plasma aftertreatment technology that helps remove nitrogen oxide to improve emissions for diesel and lean burn.

(Ekchian Decl., Ex. 3.)

7.      These statements in Mr. Battenberg's presentation were false.  (<u>Compare</u> <u>id.</u> <u>with</u> Ekchian Decl. Ex. 14.)

8.      On October 16, 2001, Delphi issued yet another press release regarding NTP:

> Delphi has developed an innovative aftertreatment solution, non-thermal plasma technology that works in conjunction with a catalytic converter and a particulate filter.

(Ekchian Decl., Ex. 4.)

9.      These statements in the October 16, 2001 press release were false.  (<u>Compare</u> <u>id.</u> <u>with</u> Ekchian Decl. Ex. 14.)

10. Delphi continued making these assertions about NTP in its 2001 Annual Report:

> Responding to global demands for improved fuel efficiency and reduced exhaust emissions, <u>Delphi offers advanced powertrain control systems such as</u> cylinder deactivation, gasoline direct injection and <u>non-thermal plasma (NTP) exhaust aftertreatment</u>.
>
>                            \*\*\*
>
> Late in 2001, Delphi and PSA Peugeot Citroen debuted a Peugeot 206 Environmental Technologies Vehicle, <u>featuring NTP exhaust aftertreatment which significantly reduces oxides of nitrogen emissions</u>, enabling more rapid use of advanced fuel-efficient technologies.

(Ekchian Decl., Ex. 5 (Emphasis added).)

11. These statements in the Delphi 2001 annual report were false. (<u>Compare</u> <u>id.</u> <u>with</u> Ekchian Decl. Ex. 14.)

12. Litex specifically asked Delphi's Executive Vice-President Donald Runkle about Delphi's press releases and public statements. Runkle testified he was unaware of Delphi ever issuing an inaccurate press release, and that Delphi prided itself on the accuracy of releases such as the 2001 Statements. (Ekchian Decl., Ex. 6, Runkle Dep. p. 51, ln. 9 – p. 52, ln. 2.)

13. When Litex asked CEO Battenberg specifically about the NTP claims in Delphi's Annual Report, Battenberg expressly confirmed that they were accurate. (<u>Id.</u>, Ex. 7, p. 117, lns. 12-18; p. 118, lns. 18-23.)

14. Delphi's project documents dated in 2001 depict Delphi as confident about NTP. (Ekchian Decl., Exs. 8-10.)

15. Delphi's August 17, 2001 status report, the NTP Interim Design Review ("IDR"), expressly stated that Delphi's NTP would reach one set of goals (the so-called Euro IV standards echoed in Delphi's "PSA" requirements) by the end the year in December. The IDR went

further and stated that the project would meet the higher goals (Delphi's "ADP" requirements) of 90% NOx reduction efficiency within another ten tests. The IDR also stated these ten tests would be complete and NTP would reach the higher 90% efficiencies in June, 2002. (Ekchian Decl., Ex. 8.)

16.     Delphi was so confident in 2001 about the NTP Program's ability to meet these deadlines that on October 30, 2001, Delphi represented to potential customer Toyota Motor Corporation that it would have NTP samples available in 2002 and was targeting overall production of NTP for 2005. (Id., Ex. 9.)

17.     On December 3, 2001, Delphi's NTP team made representations to General Motors Power Train, similar to those made to Toyota, confidently touting NTP. (Ekchian Decl., Ex. 10, pp. 1-4 and 15 (remaining "challenges understood" with planned "resolution by March 2002").)

18.     The head of the NTP program Joseph Bonadies, in an April 11, 2002 internal Delphi email, placed the timing of Delphi's change of course in March, 2002:

> With the completion of the PSA milestone in March we have determined that the catalyst efficiencies are not high enough to continue to fund the catalyst development internally.

(Ekchian Decl., Ex. 11.)

19.     In a February 21, 2002 letter, Delphi Chief Technologist Jean Botti, stated:

> Delphi Automotive Systems is very excited about [NTP] and the technology that was developed for it over the last few years. In fact, Delphi has labeled this as one of our "Crown Jewel" technologies and we have put significant effort into developing this system to a commercial-ready product . . . .We continue to invest our R&D resources in this technology, because it has shown such promise in reducing NOx and particulate emissions in light and heavy-duty diesel engines.

(Id., Ex. 12.)

20.    Delphi's 30(b)(6) witness Joachim Kupe confirmed throughout his deposition that it was not until March, 2002 that Delphi realized it did not have a viable technology:

> Q:    Okay. Can you explain what this letter means in the first paragraph where it says: In fact, Delphi has labeled this one of our crown jewel technologies?
>
> A:    I think it's we have been working hard on this technology and we were very hopeful that this will and could make a difference. So it was a – considered as a crown jewel technology, meaning a technology that you could go and get it related to Delphi, but – and this is February, so we hit the hard reality in March and that's gone.

(Id., Ex. 13, Joachim Kupe Dep. p. 360, ln. 17 - p. 361, ln. 2.) Kupe further testified:

> Q:    (BY MR. KORNICZKY)  But in that first line it says: We have been able to develop these various components necessary to move this system to a commercial-ready product.
>
> So doesn't that mean that Delphi and PNNL have the capability today to move it to a commercial-ready product if it wanted to? . . .
>
> A:    This is written February 21st. We're developing and we're hoping that we have a catalyst that works. It proved not to be the case in March and that's it. No Crown Jewel, no technology proven, no product.

(Id., 364, ln. 13 - p. 365 ln. 15.)

21.    Delphi's Jean Botti testified by July, 2001 he was prepared to terminate the NTP project as a failure:

> Q    Let me ask you this: In July, if you can focus on July of 2001, what was your level of confidence at that point in time that the nonthermal plasma exhaust aftertreatment project would ever get out of ADP?
>
> A    Very minimal at that time.
>
> Q    And why was it very minimal at that time?

> A      Because we're going through a phase of the disappoint with technology . . . . It was totally unacceptable even in diesel, you know, engine environment.

(Ekchian Decl., Ex. 14, Arb. Hrng., p. 835, ln. 21 – p. 836, 1n. 17.)  Botti also testified:

> Q      So my question is – and I know your answer was that the NTP exhaust aftertreatment system worked on diesel.  But my question is a little different. It's didn't – as of July 2001 –
>
> A      And I want to make sure.
>
> Q      Right
>
> A      It never worked on diesel.
>
> Q      Okay.
>
> A      We could never make it work.
>
> Q      Okay.  Well, as of – that was designed to go with a diesel.  Is this a better way to say it?
>
> A      It was designed to be on diesel and lean burn engines but –
>
> Q      And isn't it –
>
> A      -- it didn't work.
>
> Q      -- the case that in July – and that as of July 2001 the company had expectations that the NTP exhaust aftertreatment system would have a synergistic effect for its business and help it to compete in the diesel business?
>
> A      If I were to represent the company, I would say no.
>
> Q      Okay.
>
> A      I had no expectation right in July that this would ever work.  The results I got through the PSA development were just not there.

(Ekchian Decl., Ex. 14, Arb. Hrng., p. 890, ln. 3 – p. 891, ln. 6.)

22.      Joseph Bonadies, the program manager for Delphi's NTP program testified:

> Q       What – what was your feeling about the likelihood of success of the Delphi NTP project after seeing the results as of May 5, 2001, of these impact tests?
>
> A       I was very skeptical that we would come up with a system that could achieve these really high NOx efficiencies.

(Ekchian Decl., Ex. 14, Arb. Hrng., p. 956, lns. 5-11; see also p. 966, lns. 4-7.)

23.     Botti's and Bonadies's admissions about the true state of Delphi's NTP program in 2001 are directly contrary to the contents of its 2001 Statements and the program documents it created in 2001, produced to Litex in discovery, and testified about during deposition. (Compare Ekchian Decl. Ex. 14 with Exs. 1-5.)

24.     Mr. Botti also admitted at arbitration having reported his team's negative conclusions about NTP to Delphi management in 2001:

> Q       Right. But as of 2000 – July 2001, did the company know it wouldn't work, or was that your personal opinion?
>
> A       No. I think – I mean, you know, like every big company there is inertia. But I already had given my opinion to my upper management that this thing was not going the way I wanted it.

(Ekchian Decl., Ex. 14, Arb. Hrng., p. 893, lns. 15-21.)

> Q       And was there still speculation to that effect in July 2001 among some people in the company?
>
> A       Not anymore. From my level to, uh, it was pretty clear already, you know. I told my management I was going to stop the project.
>
> Q       Uh, did the management ever give – you had told them that as of July 2001?
>
> A       Well, I started to, uh, update the management after we had that PSA review that will show that the results were disastrous. And, uh, you know, I – I had to step up and tell my management that, because I was a customer interface, and there was a shared, I would say, development that I needed to update the management and say, We're not going anywhere with this.

    Q    And do you recall about when that occurred?

    A    Uh, PSA review, quite honestly, I – I – I don't recall, but it was – I'm sure it was before July 2001. It must have been in the spring of 2001 when we started to get those terrible results.

(Ekchian Decl., Ex. 14, Arb. Hrng., p. 896, ln. 4 – p. 897, ln. 2.)

25.    Delphi now concedes that its upper management was well aware of the true negative state of the NTP program in 2001. (Delphi Mem., at 18.)

26.    In September, 2002 Delphi abandoned its entire NTP project and to this day has not resumed it. (Cosnowski Decl. Exs. 9 and 11.)

27.    Until hearing this testimony at arbitration, however, Litex had no knowledge that Delphi's 2001 Statements, documents and related testimony detailed above were false. As a result, Litex reasonably relied to its detriment on them as material statements about Delphi's NTP program in deciding to enter into the Release with Delphi. (Cosnowski Decl., Ex. 4, Answer, ¶ 49.)

28.    In November 2003 when Delphi and Litex signed the Release, Delphi knew that its 2001 Statements were false, knew Litex was unaware they were false, and also knew or should have known Litex was relying to its detriment on them. (Id., ¶ 51-2.)

29.    At arbitration, Litex premised its damages arguments on the belief that in 2001 Delphi was successfully developing NTP, and therefore, would have willingly taken an exclusive license to Litex's patents in an arm's-length "hypothetical negotiation" in July, 2001. (See Ekchian Decl., Ex. 16.)

30.     In his deposition, Litex's Dr. Leon Ekchian explained that Litex's concern at that time regarded the ownership of the technology:

> Q      . . . but my question really is focused on why do you believe that whatever Delphi's activities are that they have adversely impacted Litex's ability to license in the diesel or lean burn area?
>
> A      It's Delphi's infringement, Delphi's very active press release activities which have stated that Delphi developed NTP.  I believe those are the words, suggesting that Delphi invented NTP.  Delphi's total disregard for Litex's existence in all the papers it has filed and that have issued.  Delphi's statement that they will be the first to market with revolutionary new technology, suggesting that they again are the first to develop the technology.

(Ekchian Decl., Ex. 17, Dep. of L. Ekchian, p. 300, ln. 13 – p. 301, ln. 12.)

31.     Furthermore, the Euro IV 20% emission standard did not take effect until 2005, and Delphi's ADP goal of 90% NOx efficiency is not likely to be required until 2009, so Delphi's achieving 15% in 2001 told Litex nothing about what Delphi would achieve by the requisite times.  (See Ekchian Decl., Ex 19., Kupe Decl. ¶ 9.)

32.     At arbitration, Mr. Botti revealed that in July, 2001, he had cut the 2002 NTP budget in half.  (Ekchian Decl., Ex. 14, Arb. Hrng., p. 840, ln. 17 - p. 841, ln. 10.)  During discovery, Kupe told Litex the opposite, that Delphi's actual NTP budget in 1999 "was around $1.5 million," in 2000 "was around $1.5 million," in 2001 "was around $1,400,000, plus around 300-350[,000]" and in 2002 "for NTP around $1,700,000."  (Ekchian Decl., Ex. 13, Kupe Dep., p. 107, ln. 6 – p. 111, ln. 24.)

                        Respectfully submitted,

                        LITEX, INC.,

                        By its attorneys,


                            /s/    John T. Gutkoski
                        John T. Gutkoski (BBO #567182)
                        Alexandra C. Fennell (BBO #658692)
                        DAY, BERRY & HOWARD LLP
                        260 Franklin Street
                        Boston, MA   02110
                        Telephone:  (617) 345-4600
                        Fax:  (617) 345-4745

                        Francis H. Morrison III (BBO # 645515)
                        DAY, BERRY & HOWARD LLP
                        CityPlace I
                        Hartford, CT   06103-3499
                        Telephone:  (860) 275-0100
                        Fax:  (203) 275-0343

June 14, 2005


## CERTIFICATE OF SERVICE

     I, John T. Gutkoski, do hereby certify that I filed a true copy of the within document with the Court by electronic filing on June 14, 2005.  I further certify that I served a true copy of the within document by causing a copy to be sent by the Court's electronic filing system to H. Joseph Hameline, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111 on June 14, 2005.


                            /s/    John T. Gutkoski
                              John T. Gutkoski

51310162_1.DOC  055115-00010