UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DELPHI CORPORATION,<br><br>           Plaintiff,<br><br>    v.<br><br>LITEX, INC.,<br><br>           Defendant. | Civil Action No. 05-10415 (WGY) |

**[PROPOSED] ORDER GRANTING LITEX'S
CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

      This Court denies plaintiff Delphi's motion for summary judgment, grants defendant Litex's cross-motion for partial summary judgment, and declares that the parties' Settlement Term Sheet and Release does not bar Litex from bringing claims against Delphi for tortious interference, and unfair competition or business practices.


      SO ORDERED:    _____
                                    Honorable William G. Young
                                    Chief District Judge

July ____, 2005

## CERTIFICATE OF SERVICE

      I, John T. Gutkoski, do hereby certify that I filed a true copy of the within document with the Court by electronic filing. I further certify that I served a true copy of the within document by causing a copy to be sent by the Court's electronic filing system to H. Joseph Hameline, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111 on June 14, 2005.

                                                          /s/ John T. Gutkoski
                                                          John T. Gutkoski