```
1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
2
                                            Civil Action
3                                           No. 05-10415-WGY

4


5    * * * * * * * * * * * * * * * *
                                    *
6    DELPHI CORPORATION,            *
                                    *
7              Plaintiff,           *
                                    *
8    v.                             *    HEARING
                                    *
9    LITEX, INC.,                   *
                                    *
10             Defendant.           *
                                    *
11   * * * * * * * * * * * * * * * *

12
              BEFORE:  The Honorable William G. Young,
13                         District Judge

14

15   APPEARANCES:

16
              MINTZ, LEVIN, COHN, FERRIS, GLOVSKY &
17       POPEO, P.C.  (By Matthew C. Hurley, Esq. and    H.
         Joseph Hameline, Esq.), One Financial Center,
18       Boston,  Massachusetts 02111, on behalf of the
         Plaintiff
19
              DAY, BERRY & HOWARD, LLP (By John T.
20       Gutkoski, Esq. and Alexandra C. Fennell, Esq.),
         260 Franklin Street, Boston, Massachusetts 02110
21            - and -
              DAY, BERRY & HOWARD, LLP (By Francis H.
22       Morrison, Esq.), CityPlace I, Hartford,
         Connecticut 06103-3499, on behalf of the Defendant
23
                                        1 Courthouse Way
24                                      Boston, Massachusetts

25                                      July 20, 2005
```