UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELPHI CORPORATION,             )<br>                                 )<br>    Plaintiff,                   )<br>                                 )<br>v.                               )<br>                                 )<br>LITEX, INC.,                     )<br>                                 )<br>    Defendant.                   )<br>                                 ) | Civil Action No. 05-10415 (WGY) |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter my appearance as counsel for the Plaintiff Delphi Corporation in the above-captioned matter.

/s/ H. Joseph Hameline
H. Joseph Hameline, BBO # 218710
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
Email: JHameline@mintz.com

Dated: August 10, 2005