# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DELPHI CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>LITEX, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-10415 (WGY)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that effective Monday, August 15, 2005, counsel for the defendants will be moving to the new address indicated below:

 John T. Gutkoski
 Alexandra C. Fennell
 DAY, BERRY & HOWARD LLP
 One International Place
 Boston, MA 02110

Telephone, facsimile and e-mail addresses will remain the same.

            Respectfully submitted,

            LITEX, INC.,

            By its attorneys,


             /s/ John T. Gutkoski
            John T. Gutkoski (BBO #567182)
            Alexandra C. Fennell (BBO #658692)
            DAY, BERRY & HOWARD LLP
            260 Franklin Street
            Boston, MA   02110
Dated: August 11, 2005       Telephone:  (617) 345-4600
            Fax:  (617) 345-4745

> Francis H. Morrison III (BBO # 645515)
> DAY, BERRY & HOWARD LLP
> CityPlace I
> Hartford, CT   06103-3499
> Telephone:  (860) 275-0100
> Fax:  (203) 275-0343

### CERTIFICATE OF SERVICE

I, John T. Gutkoski, do hereby certify that on this day, August 11, 2005 notice of this filing will be sent to the following counsel by the Court's electronic filing system:

H. Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

>          /s/    John T. Gutkoski
>     John T. Gutkoski