UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
DELPHI CORPORATION,      )
          Plaintiff,     )
                         )  CIVIL ACTION
    v.                   )  NO.  05-10415-WGY
                         )
LITEX, INC.,             )
          Defendant.     )
```

JUDGMENT

YOUNG, C.J.                                    October 17, 2005

Pursuant to the Memorandum and Order dated October 13, 2005, Litex's Cross Motion for Partial Summary Judgement [Doc. No. 15] is DENIED and Delphi's Motion for Summary Judgment [Doc. No. 10] is ALLOWED, save for an award of attorneys' fees.  Because the parties' settlement agreement is enforceable, all of Litex's counterclaims are hereby dismissed with prejudice.

*Elizabeth Smith* (meb)
Elizabeth Smith, Deputy Clerk

Approved as to form: *William G. Young*
WILLIAM G. YOUNG
CHIEF JUDGE