## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DELPHI CORPORATION,  )<br>  )<br>  Plaintiff,  )<br>  )<br> v.  )<br>  )<br> LITEX, INC.,  )<br>  )<br>  Defendant.  )  ) | Civil Action No.: 05-10415(WGY) |

### NOTICE OF APPEARANCE

Please enter the appearance of Mark E. Swirbalus, Esq. on behalf of the Defendant Litex, Inc. in the above-captioned matter.

                                          LITEX, INC.
                                          By its attorneys,

                                          /s/ Mark E. Swirbalus
                                        Mark E. Swirbalus (BBO# 631650)
                                        John T. Gutkoski (BBO# 567182)
                                        Alexandra C. Fennell (BBO# 658692)
                                        DAY, BERRY & HOWARD LLP
                                        One International Place
                                        Boston, MA 02110
                                        (617) 345-4600

                                        Francis H. Morrison, III (BBO # 645515)
                                        DAY, BERRY & HOWARD LLP
                                        CityPlace I
                                        Hartford, CT 06103
November 14, 2005                     (860) 275-0100

## CERTIFICATE OF SERVICE

    I, Mark E. Swirbalus, hereby certify that on this 14th day of November, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                                                                               /s/ Mark E. Swirbalus
                                                                              Mark E. Swirbalus