UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELPHI CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-10415(WGY) |
| ) | |
| v. ) | |
| ) | |
| LITEX, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S EMERGENCY MOTION
FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

Pursuant to Fed. R. App. Proc. 4(a)(5) and 4(a)(1)(A), Litex, Inc. ("Litex"), defendant in the above-captioned action, hereby moves for a 30-day extension of time to file a Notice of Appeal to the United States Court of Appeals for the First Circuit. Litex intends to appeal from (1) the Memorandum and Order of this Court granting Plaintiff's Motion for Summary Judgment and denying Defendant's Cross Motion for Partial Summary Judgment dated October 13, 2005; and (2) the Judgment on the Memorandum and Order of this Court granting Plaintiff's Motion for Summary Judgment and denying Defendant's Cross Motion for Partial Summary Judgment filed on October 17, 2005 and entered on October 19, 2005.

On October 8, 2005, Delphi, the plaintiff in this action, filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York (Bankruptcy Petition No. 05-44481-rdd). Any appeal in this action may be subject to the terms of the bankruptcy proceeding and the automatic stay in effect as a result of the bankruptcy proceeding.

Under Fed. R. App. Proc. 4(a)(1)(A), the deadline for Litex to file a Notice of Appeal in this action is November 16, 2005. The next omnibus hearing scheduled in the bankruptcy proceeding, however, at which Litex could seek to clarify the effect of the automatic stay on its ability to file a Notice of Appeal, is not until November 29, 2005, thirteen days after the time permitted to file an appeal would have expired under Fed. R. App. Proc. 4(a)(1)(A).

WHEREFORE, Litex respectfully requests that the time to file a Notice of Appeal in this action be extended to December 16, 2005, so that Litex may determine whether its appeal conflicts with the terms of the automatic stay or any related orders issued by the United States Bankruptcy Court for the Southern District of New York in Delphi's bankruptcy proceeding, and, if necessary, seek relief therefrom in order to file a Notice of Appeal.

LITEX, INC.
By its attorneys,

        /s/ Mark E. Swirbalus
Mark E. Swirbalus (BBO# 631650)
John T. Gutkoski (BBO# 567182)
Alexandra C. Fennell (BBO# 658692)
DAY, BERRY & HOWARD LLP
One International Place
Boston, MA 02110
(617) 345-4600

Francis H. Morrison, III (BBO # 645515)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103
November 14, 2005                    (860) 275-0100

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Mark E. Swirbalus, hereby certify that on November 14, 2005, I conferred with H. Joseph Hameline, counsel for Delphi, in a good faith attempt to obtain Delphi's assent to the foregoing Motion for Extension of Time to File Notice of Appeal.

      /s/ Mark E. Swirbalus
Mark E. Swirbalus

## CERTIFICATE OF SERVICE

I, Mark E. Swirbalus, hereby certify that on this 14th day of November, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

      /s/ Mark E. Swirbalus
Mark E. Swirbalus