UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DELPHI CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 05-10415(WGY) |
| v. | ) ) | |
| LITEX, INC., | ) ) | |
| Defendant. | ) ) | |

## SUGGESTION OF BANKRUPTCY

Notice is hereby given that on October 8, 2005, the plaintiff Delphi Corporation filed a petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (Case No. 05-44481), and that pursuant to 11.U.S.C. § 362(a)(1), the filing of the petition operated as a stay as of such date, applicable to all entities, of the continuation of all judicial actions or proceedings, including, without limitation, the filing of any notice of appeal herein.

This notice is filed with full reservation of rights by the defendant Litex, Inc. as to the validity or effectiveness of any orders, rulings, judgments or other proceedings in this case occurring after October 8, 2005.

                LITEX, INC.
                By its attorneys,

                 /s/ Mark E. Swirbalus
                Mark E. Swirbalus (BBO# 631650)
                John T. Gutkoski (BBO# 567182)
                Alexandra C. Fennell (BBO# 658692)
                DAY, BERRY & HOWARD LLP

|  |  |
|---|---|
|  | One International Place |
|  | Boston, MA 02110 |
|  | (617) 345-4600 |
|  |  |
|  | Francis H. Morrison, III (BBO # 645515) |
|  | DAY, BERRY & HOWARD LLP |
|  | CityPlace I |
|  | Hartford, CT 06103 |
| December 16, 2005 | (860) 275-0100 |

## CERTIFICATE OF SERVICE

    I, Mark E. Swirbalus hereby certify that on this 16th day of December, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                                            /s/ Mark E. Swirbalus
                                            Mark E. Swirbalus