**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                              )
DELPHI CORPORATION,           )
                              )
       Plaintiff,             )     Civil Action No.: 05-10415(WGY)
                              )
v.                            )
                              )
LITEX, INC.,                  )
                              )
       Defendant.             )
_____)
```

**AMENDED MOTION FOR LEAVE TO WITHDRAW**
**APPEARANCE AS COUNSEL FOR LITEX, INC.**

Pursuant to Local Rule 85.5.2(c), Francis H. Morrison III, Mark E. Swirbalus, John T. Gutkoski and Alexandra C. Fennell, all of the law firm Day, Berry & Howard LLP (collectively, "DBH"), hereby move for leave to withdraw as counsel in this matter for the defendant Litex, Inc. As grounds for this motion, DBH states the following:

1. DBH should be permitted to withdraw as counsel for Litex in accordance with Rule 1.16 of the Rules of Professional Conduct because Litex has failed substantially to fulfill an obligation to DBH regarding its services and has been given reasonable warning that DBH will withdraw unless the obligation is fulfilled.

2. Litex owes $287,863.76 to DBH for services rendered in this matter. Litex has not paid DBH for its services in this matter since last summer.

3. On March 29, 2006, DBH informed Litex that DBH would seek to withdraw if a resolution to the outstanding fees issues could not be found in 30 days, and asked Litex to arrange for successor counsel to file an appearance in that event.

4. Since then, Litex has failed to pay any portion of DBH's outstanding invoices and has failed to arrange for successor counsel to file an appearance.

5. Litex cannot now object to a withdrawal by DBH.  At the commencement of the representation, Litex expressly agreed that if it becomes delinquent in its payment of DBH's invoices, DBH "may terminate its legal services and withdraw from any engagement with the Company[.]"

6. Neither Litex nor the plaintiff Delphi Corp. would be prejudiced if DBH were permitted to withdraw because this matter is currently stayed due to the bankruptcy of Delphi on October 8, 2005.[1]

7. Moreover, aside from financial burden, DBH has good cause for withdrawing under Rule 1.16(b)(6) of the Rules of Professional Conduct.  As a practical matter, DBH cannot continue to represent Litex because DBH has no way to communicate directly with Litex.

8. Litex appears to have closed its sole office and its web site and e-mail account are no longer operational.  DBH's primary contact at Litex, Dr. Leon Ekchian, refuses to return telephone calls and messages from DBH and refused to give DBH a new mailing address for either Litex or himself.  Instead, Dr. Ekchian instructed DBH to communicate with Litex through Dorsey & Whitney LLP in California, but David Hayes, a partner with Dorsey & Whitney, has informed DBH that Dorsey & Whitney will not be taking over as successor counsel in this matter.  Dr. Ekchian then instructed DBH to contact Chuck Winckler at Litex, but Mr. Winckler has not returned a telephone call from DBH and his e-mail address at Litex, like Dr. Ekchian's e-mail address at Litex, is not working.

---

[1] On October 13, 2005, five days after Delphi filed for bankruptcy protection and the automatic stay went into effect, this Court granted Delphi's motion for summary judgment and denied Litex's cross-motion for summary judgment.  Litex has reserved its right to challenge the validity of the judgment entered for Delphi or to file a notice of appeal, if appropriate, when the automatic stay is eventually lifted.

9. Although DBH can send e-mails to Dr. Ekchian at his personal e-mail address, Dr. Ekchian has indicated that he does not speak for Litex because he is now merely a shareholder (he had been Litex's President and CEO), and he has failed to respond to DBH's most recent inquiries regarding the outstanding fees and whether successor counsel will be filing an appearance in this matter.[2]

WHEREFORE, Francis H. Morrison III, Mark E. Swirbalus, John T. Gutkoski and Alexandra C. Fennell hereby request that they be permitted to withdraw as counsel for Litex in this matter immediately.

Respectfully submitted,

/s/ Mark E. Swirbalus
Mark E. Swirbalus (BBO# 631650)
John T. Gutkoski (BBO# 567182)
Alexandra C. Fennell (BBO# 658692)
DAY, BERRY & HOWARD LLP
One International Place
Boston, MA 02110
(617) 345-4600

Francis H. Morrison III (BBO # 645515)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103
Dated: May 23, 2006                      (860) 275-0100

---

[2] DBH has also been attempting to communicate with Litex about the Delphi bankruptcy proceeding. DBH has been receiving notices in the bankruptcy proceeding, including notice of the July 31, 2006 bar date for filing proofs of claim. DBH has forwarded all such notices and the proof of claim form to Dr. Ekchian and, at his request, to David Hayes at Dorsey & Whitney, informing them that DBH does not represent Litex in connection with the bankruptcy proceeding, advising Litex to hire separate counsel for the bankruptcy proceeding, and asking Litex to have the service list in the bankruptcy proceeding amended to reflect the fact that DBH does not represent Litex. Neither Litex nor Dr. Ekchian has responded to these communications or confirmed that DBH has been deleted from the service list, but Litex is clearly aware that it is not being represented in the bankruptcy proceeding by DBH.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

      I hereby certify that I have conferred with Dr. Leon Ekchian in a good faith attempt to resolve or narrow the issues in dispute.

                                                                     /s/ Mark E. Swirbalus
                                                                     Mark E. Swirbalus

.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of May, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.  I further certify that on this 23rd day of May, 2006, I sent a copy of the foregoing to Dr. Leon Ekchian as the registered agent for Litex via e-mail to his personal e-mail address and via first class mail to 15260 Ventura Blvd. 1220, Sherman Oaks, CA 91430, which is Litex's last known address as well as the address listed for Dr. Leon Ekchian as registered agent for Litex with the California Secretary of State.

                                                                  /s/ Mark E. Swirbalus
                                                                   Mark E. Swirbalus